UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:26-CR-314-P |
| | § | |
| KHALWINDER SINGH BHENGURA | § | |

**NOTICE OF DESIGNATION OF CASE ASSIGNMENT**

Pursuant to Miscellaneous Order No. 3 (Revised June 20, 2000) ("Criminal Justice Act Plan"), § IV(b), the undersigned attorney has indicated by his or her signature that he or she is the staff attorney designated to work on this case.

BY: *__/s/ Michael A. Lehmann__*
MICHAEL A. LEHMANN
Asst. Federal Public Defender
Texas State Bar No. 24048615
819 Taylor Street, Room 9A10
Fort Worth, Texas 76102
(817) 978-2753 (TEL)
(817) 978-2757 (FAX)

**CERTIFICATE OF SERVICE**

I, Michael A. Lehmann, hereby certify that on this the 15TH day of September 2026, I electronically filed this document with the Clerk of the United States District Court, Northern District of Texas, using the Court's electronic filing system. This system sent a "Notice of Electronic Filing" to the United States Attorney.

*__/s/ Michael A. Lehmann__*
MICHAEL A. LEHMANN