**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

# MINUTE ORDER

| | |
|---|---|
| Type hearing: | Arraignment - **NON-EVIDENTIARY** |
| Case number: | 4:26-CR-314-P |
| Defendant: | KHALWINDER SINGH BHENGURA |
| Interpreter: | ~~N/A~~ Basit Neem (Punjabi) |
| Court Reporter: | Digital |
| US attorney: | Matt Capoccia |
| Defense attorney: | Michael Lehmann |
| Time in Court: | 6 minutes |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | September 14, 2026 |
| Status: | The Defendant entered a plea of not guilty to the Indictment. Deft continued ~~in custody~~ on Bond |
| Days in Court: | one |
| Hearing concluded: | Yes |
| Deputy Clerk: | Julie Harwell |

Other Information: