UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

Plaintiff,

v. **No. 4:26-cr-00314-P**

**KHALWINDER SING BHENGURA,**

Defendant.

# ORDER

On September 21, 2026, the Court ordered Defendant's Counsel Nicole Knox to retain local council or establish, by affidavit, that she needs none on or before September 23rd, 2026. ECF No. 16. The same day, Knox filed a Change of Address, ECF No. 17, and Motion to Amend, ECF No. 18, but neither adequately addressed the Court's concerns. ECF No. 19. Therefore, on September 22, 2026, the Court ordered Knox to comply with its prior Order and to provide further information by affidavit by the original deadline.[1] Both Orders forewarned of sanction for non-compliance. As of the date of this Order, Knox has not complied. No affidavits or further Motions have been filed. Given her noncompliance with the Court's explicit Orders and the caustic filings towards the Court and decades old requirements, the Court is seriously concerned about Ms. Knox's ability to practice in the Northern District of Texas.

Therefore, the Court **ORDERS** Counsel Nicole Knox to show cause as to why she should not be sanctioned for failing to comply with the Court's Orders and so that the Court may determine the least burdensome sanction to future compliance with the Court's Orders and

[1] In the event Ms. Knox did not have access to a notary, she was also given the alternative to appear before the Court at 8:00 am on Wednesday, September 23, 2026 and make the required representations and/or oath. She did not appear.

rules. Accordingly, the Court further **ORDERS** that Counsel Nicole Knox appear at a show cause hearing on **October 1st, 2026, at 8:00 a.m.** in the Eldon B. Mahon United States Courthouse, 4th Floor.[2]

**SO ORDERED** on this **24th day** of **September, 2022.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE

---

[2] The Local Criminal Rule of the Northern District of Texas 57.8 (b) provides:

> **Grounds for Disciplinary Action.** A presiding judge, after giving opportunity to show cause to the contrary, may take any appropriate disciplinary action against a member of the bar for:
> 1. conduct unbecoming a member of the bar;
> 2. failure to comply with any rule or order of this court;
> 3. unethical behavior; [or]
> 4. inability to conduct litigation properly . . . .