# AFFIDAVIT OF ATTORNEY, NICOLE KNOX

**COUNTY OF DALLAS** §
§
STATE OF TEXAS §

In regards to the Court's request: *United States v. Khalwinder Singh Benghura*: Case. No. 4:26-cr-00314-P

"My name is NICOLE ELIZABETH KNOX. I am over the age of twenty-one years, and I am competent to make this affidavit. The facts contained herein are true and within my personal knowledge.

I have been licensed to practice as an attorney in the Northern District of Texas since February 26, 2010, and I remain in good standing. My principal place of business is located at 910 South Pearl Expressway, Dallas, Texas 75201. I am a resident of Dallas County, Texas, and have resided within Dallas County and the Northern District of Texas since 2006. I am willing to provide my personal residential address to the Court in camera and under seal if deemed necessary. I have not released my personal residence for safety reasons due to a twice incarcerated man for stalking me and for violating a lifetime protective order. He is currently serving his ninth year of imprisonment for the cumulative violations.

I am the attorney retained by Defendant in this matter as his counsel of choice.

This affidavit is submitted to this honorable Court as an amenity in response to the Court's Orders. This includes Doc. 16, issued September 21, 2026; Doc. 19, issued September 22, 2026; and Doc. 20, filed September 24, 2026 but ordered on September 22, 2022, which is four years ago. Assuming this was a ministerial error of the Court, counsel continues to comply.

Due to the Court's Orders and the possibility of sanctions, I elected to consult with counsel on my own behalf. I attempted to consult with counsel on September 25, 2026. Due to counsel's existing caseload, counsel was not available to consult until September 27, 2026. Following that consultation, I submit this Affidavit."

[signature]
NICOLE KNOX

Sworn to and subscribed before me by NICOLE KNOX on September 28, 2026.

VICKY FUENTES
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 12/03/29
NOTARY ID 135542082

[signature] 09/28/26
Notary Public, State of Texas