IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE<br><br>DOCKET NO. 19 | No. 4:26-CR-0314-P |

**NICOLE KNOX'S AFFIDAVIT**

COUNTY OF DALLAS §

STATE OF TEXAS §

"My name is Nicole Elizabeth Knox. I am over the age of eighteen years, and I am competent to make this affidavit. The facts contained herein are true and within my personal knowledge.

Movant, Nicole Knox files this motion requesting that the Court reconsider the imposition of sanctions against her ordered by the Court, and would show the Court, as follows:

Counsel has read and will abide by:

A. *Dondi Properties Corp. v. Commerce Savings & Loan Assoc.*, 121 F.R.D. 284 (N.D. Tex. 1988);

B. The Local Criminal Rules;

C. The Judge-Specific Requirements;

D. The Texas Lawyer's Creed; and

E. The Texas Rules of Professional Conduct. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION F. Act of

Oct. 15, 1980, Pub.L. No. 96-462 §6, 94 Stat. 2053, 2054 (codified as amended at 28 U.S.C. §124(c)(3))

Counsel certifies that she is compliant with LR 83.10(a) and LCrR 57.10(a) based on residency.

Counsel's principal place of business is located at 910 South Pearl Expressway, Dallas, Texas 75201.

*/s/Nicole E Knox*
SBN: 24069324
Law Office of Nicole Knox, PLLC
910 South Pearl Expressway
Dallas, Texas 75201
**Attorney for Defendant**
**Vicente Rios Fuerte**

Sworn to and subscribed before me by NICOLE KNOX on October 1, 2026.

Notary Public, State of Texas

NOTARY PUBLIC STATE OF TEXAS
ALEJANDRO MORALES
Notary Public, State of Texas
Comm. Expires 03-02-2027
Notary ID 134231259