IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:26-CR-314-P |
| KHALWINDER SINGH BHENGURA | |

**UNITED STATES' MOTION IN LIMINE TO PRECLUDE DEFENDANT FROM PRESENTING LEGALLY INVALID DEFENSES**

For the reasons explained in the attached brief in support, the United States respectfully moves *in limine* for an order barring Defendant from offering evidence and argument asserting or implying any of the following at trial: (1) a legally invalid mistake-of-law defense based on the defendant's claimed lack of knowledge that voting or registering to vote by aliens in unlawful, (2) an entrapment-by-estoppel affirmative defense, (3) claims of selective or vindictive prosecution from racial or political motives, and (4) the possible punishments or consequences Defendant faces upon conviction, any claimed hardships his conviction would place upon his family or third parties, or other evidence and arguments designed to appeal to the jury's sympathy that are untethered to the elements of the offenses or any valid defenses.

Dated: October 6, 2026

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*s/ Matthew Capoccia*
MATTHEW CAPOCCIA
Assistant United States Attorney
Texas State Bar No. 24121526
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Email: matthew.capoccia@usdoj.gov

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for the government conferred regarding the relief requested in this motion with counsel for Defendant on October 6, 2026, and sent Defense counsel the draft brief in support of the motion for his review. As of the time of this filing, Defense counsel has not advised whether he is opposed or unopposed to the relief requested herein.

*s/ Matthew Capoccia*
Matthew Capoccia
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2026, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorney of record who has consented in writing to accept this Notice as service of this document by electronic means. A courtesy copy of the filed motion has also been emailed to the above-mentioned defense counsel.

*s/ Matthew Capoccia*
Matthew Capoccia
Assistant United States Attorney