**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff** | § | |
| | § | |
| | § | |
| **v.** | § | **Criminal Action No. 4:26-CR-00314-P-1** |
| | § | |
| | § | |
| | § | |
| | § | |
| **KHALWINDER SINGH BHENGURA,**<br>**Defendant.** | § | |
| | § | |
| | § | |

**ORDER**

It is ORDERED that the jury in the above styled and numbered cause be sequestered from the time they report to the deliberation room on Friday, October 23, 2026, until released by the court at the end of each day. This partial sequestration will continue until a verdict is reached and the jury is formally discharged by the court or until further order of the court.

Pursuant to this order, while the jury is kept together and not allowed to separate, the reasonable cost of meals incurred by the jury during court recesses will be paid by the clerk of court in compliance with juror fee regulations issued by the Judicial Conference of the United States.

**SO ORDERED** this **14th day of October 2026.**

Mark T. Pittman

**Mark T. Pittman**
**UNITED STATES DISTRICT JUDGE**