UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

Plaintiff,

v. **No. 4:26-cr-00314-P**

**KHALWINDER SINGH BHENGURA,**

Defendant.

# ORDER

Before the Court is the United States's Motion in Limine. ECF No. 27. Having considered the Motion, the record, and the relevant law the Court concludes that the Motion should be and is hereby **GRANTED.**

The Court **ORDERS** that Defendant is barred from offering evidence and argument asserting or implying any of the following at trial:

(1) a legally invalid mistake-of-law defense based on the defendant's claimed lack of knowledge that voting or registering to vote by aliens in unlawful,

(2) an entrapment-by-estoppel affirmative defense,

(3) claims of selective or vindictive prosecution from racial or political motives, and

(4) the possible punishments or consequences Defendant faces upon conviction, any claimed hardships his conviction would place upon his family or third parties, or other evidence and arguments designed to appeal to the jury's sympathy that are untethered to the elements of the offenses or any valid defenses.

**SO ORDERED** on this **16th day of October 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE