**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CASE NO. 4:26-CR-00314-P** |
| | § | |
| **KHALWINDER SINGH BENGURA (01)** | § | |

**DEFNDANT'S MOTION FOR LEAVE TO FILE**

**DEFENDANT'S TRIAL MEMORANDUM**
**REGARDING THE SCOPE OF ADVERSE EXAMINATION,**
**GENERAL INTENT V. STRICT LIABILITY UNDER 18 U.S.C. § 611**
**AND MANDATORY RECORD PRESERVATION UNDER FRE 103**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW** Defendant, KHALWINDER SINGH BENGURA, in the above-entitled and numbered cause, by and through his attorneys of record, and brings this Motion for Leave to file his Trial Memorandum to clarify the controlling, binding authority to governing today's evidentiary proceedings.

Given the unanticipated development of evidence in this trial regarding these matters, Defendant prays for leave in order to file for relief and in accordance with the Court's established trial management policies. Please see attached Exhibit 1: DEFNDANT'S TRIAL MEMORANDUM REGARDING THE SCOPE OF ADVERSE EXAMINATION, GENERAL INTENT V. STRICT LIABILITY UNDER 18 U.S.C. § 611, AND MANDATORY RECORD PRESERVATION UNDER FRE 103.

Wherefore, premises considered, Defendant prays that the Court grant his Motion for Leave to File his Trial Memorandum, which memorializes his constitutional and evidentiary rights given the development of evidence in this matter.

Respectfully submitted,

*/s/ Nicole Knox*
**NICOLE KNOX**
SBN 24069324
910 South Pearl Pkwy
Dallas, Texas 75201
214.845.6286 (p)
nknox@nicoleknoxlaw.com

/s/ *Mario Herrrera*
**MARIO HERRERA**
Hosseiny & Herrera Law Firm
SBN: 24069914
4236 W Lovers Lnne
Dallas, TX 75209
214-357-7529 (p)
mario@hhlawdfw.com

/s/ *Vincent Carrizales*
**VINCENT CARRIZALES**
LAW OFFICES OF VINCENT CARRIZALES
SBN: 24049541
400 Zang Ave, Ste 105
Dallas, TX 75208
214-942-4500 (p)
vincent@vrclaw.com

**Attorneys for Defendant Bhengura**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing was served on AUSA Matthew Cappocia via electronic service and via email.

*/s/ Nicole Knox*
**NICOLE KNOX**

**CERTIFICATE OF CONFERENCE**

. This is to certify that I have emailed this Motion to AUSA Matthew Cappocia who is currently in trial on this matter. I will bring a paper copy with me for his review and will update the Court accordingly and as soon as possible.

*/s/ Nicole Knox*
**NICOLE KNOX**