IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ORIGINAL

OCT 26 2026 PM4:11
FILED-USDC-NDTX-FW

UNITED STATES OF AMERICA

v.

KHALWINDER SINGH BHENGURA (01)

No. 4:26-CR-314-P -O

## AGREED ADMITTED EXHIBITS

## GOVERNMENT'S ADMITTED EXHIBITS

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1. | Huszcza | Department of State Business Records Concerning DS-260 Immigrant Visa Application of Khalwinder Singh Bhengura | X | X | X |
| 2. | Ludwig | Tarrant County Elections Records Concerning Khalwinder Singh Bhengura | X | X | X |
| 3. | Garrett | U.S. Citizenship and Immigration Service, Department of Homeland Security Documents and Records for Khalwinder Singh Bhengura (Form I-90 and Related Documentation) | X | X | X |
| 4. | Garrett | U.S. Citizenship and Immigration Service, Department of Homeland Security Documents and Records for Khalwinder Singh Bhengura (Form I-551 and related documentation) | X | X | X |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Gonzales | Texas Department of Public Safety, License and Record Service, Driver License Division Records Concerning Khalwinder Singh Bhengura | X | X | X |

## DEFENDANT'S ADMITTED EXHIBITS

| | | | | | |
|---|---|---|---|---|---|
| Gov 14. | Stephens | Bodyworn Camera Footage of Arrest of Khalwinder Singh Bhengura (Special Agent Troy Jacobs), Department of Homeland Security | X | X | X |

Mario Herrera
SBN: 24069914
Attorney for Defendant

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

Matthew Capoccia
Assistant United States Attorney
Texas State Bar No. 24121526
801 Cherry Street, Unit #4
Fort Worth, TX 76102
Tel: (817) 252-5200
Fax: (817) 252-5455
Email: matthew.capoccia@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2026, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following parties who have consented in writing to accept this Notice as service of this document by electronic means.

*s/ Matthew Capoccia*
Assistant United States Attorney