Jury note #1 4:24-cr-314-P

Can we get a translator for the arrest camera video to know what he is saying to his wife

REDACTED 10-26-26

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 26 2026
CLERK, U.S. DISTRICT COURT
By ________
Deputy

Jury Note #2 4:26-cr-314-P

We as a Jury are currently Hung/Split on all 3 Counts as of 6:16 P.M.

REDACTED

10-26-26

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 26 2026
CLERK, U.S. DISTRICT COURT
By SC Deputy