U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 27 2026
CLERK, U.S. DISTRICT COURT
By ________ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KHALWINDER SINGH BHENGURA (01) | No. 4:26-CR-314-P |

**VERDICT OF THE JURY**

**COUNT ONE**

We, the Jury, find the defendant, **Khalwinder Singh Bhengura**,

Guilty as to Count One of the superseding indictment, which charges False Statements of Citizenship in Order to Register to Vote.

**COUNT TWO**

We, the Jury, find the defendant, **Khalwinder Singh Bhengura**,

Not Guilty as to Count Two of the superseding indictment, which charges False Statements of Citizenship in Order to Register to Vote.

**COUNT THREE**

We, the Jury, find the defendant, **Khalwinder Singh Bhengura**,

Guilty as to Count Three of the superseding indictment, which charges Voting by an Alien in a Federal Election.

10-27-26
Date

REDACTED
Foreperson